No. 99–1631. ICELAND STEAMSHIP CO., LTD.-EIMSKIP v. DEPARTMENT OF THE ARMY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–1645. KRILICH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–1654. WOODS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–1664. STEWART, AKA SEALED DEFENDANT 2 v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–1668. KLISSER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–1669. ACOSTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7715. BRUCE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7896. HUGGINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7916. KULCZAK v. KONTEH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7938. MOORE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8158. DEEDRICK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8181. BOLDEN v. HESSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–8224. THIBODEAUX v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–8474. SAFOUANE ET UX. v. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash. Certiorari denied.

No. 99–8481. O'NEAL v. SINNREICH & FRANCISCO ET AL. C. A. 11th Cir. Certiorari denied.